UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROSAURA MATAMOROS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-3212** |
| **FAMILY SECURITY INSURANCE COMPANY ET AL.** | **SECTION "B"(1)** |

### ORDER

Considering the notice of filing consent order of liquidation, notice of automatic and permanent stay as to Family Security Insurance Company (Rec. Doc. 12),

**IT IS ORDERED** that the above-captioned matter is **STAYED as to all parties and for statistical purposes only, administratively closed without prejudice** to the parties' rights to reopen the case upon conclusion of the liquidation proceeding or once the stay is lifted or otherwise modified giving the parties permission to proceed with litigation that may impact defendant's assets.

**IT IS FURTHER ORDERED** that plaintiff and/or defendants shall, within thirty (30) days of the conclusion of the liquidation proceeding or the lifting or modification of the stay, file a motion to reopen the case and set a preliminary conference. **FAILURE TO TIMELY FILE SUCH MOTION MAY LEAD TO SANCTIONS, INCLUDING DISMISSAL.** *See* Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 7th day of March, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE